Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
**VA 2-362-495**
**Effective Date of Registration:**
August 02, 2023
**Registration Decision Date:**
September 14, 2023

## Title

        Title of Work: Coffee Cat / Because it's a lazy afternoon

## Completion/Publication

        Year of Completion: 2012
     Date of 1st Publication: August 27, 2012
   Nation of 1st Publication: Korea, South

## Author

-                 Author: Sungwon Hwang
        Author Created: 2-D artwork
            Citizen of: Korea, South
         Pseudonymous: No

## Copyright Claimant

     Copyright Claimant: Sungwon Hwang
                               1204Ho, 105Dong, 360, Gongwon-ro, Sujeong-gu, Gyeonggi-do, Seongnam-si, Korea, South

## Rights and Permissions

                Name: Sungwon Hwang
               Email: spowys@naver.com
            Address: 1204Ho, 105Dong, 360, Gongwon-ro,
                          Sujeong-gu, Gyeonggi-do
                          Seongnam-si  Korea, South

## Certification

