# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sungwon Hwang

                                        Plaintiff,

v.                                                      Case No.:
                                                                     1:24−cv−00559

                                                                     Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 3/13/2024. No one appeared on behalf of defendants. For the reasons stated on the record, the motion for default judgment [26] is granted. Plaintiff's counsel is to send a proposed default judgment order to Judge Durkin's proposed order inbox. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.